

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/19

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

December 11, 2019

**BY ECF**
Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *New York v. Ross*, 19 Civ. 9380 (DAB)

Dear Judge Batts:

    This Office represents that Defendants Wilbur Ross, in his official capacity as Secretary of the United States Defendant of Commerce, the United States Department of Commerce, the National Oceanic and Atmospheric Administration, and the National Marine Fisheries Service. [We write to respectfully request an brief extension of three business days, from Friday, December 13, 2019, to Wednesday, December 18, 2019, of the deadline for Defendants to file their opposition to Plaintiff's motion for summary judgment and their cross motion for summary judgment.]   **GRANTED. /s DAB 12/12/19**

    Defendants respectfully request this extension to allow needed time for supervisory review and agency consultation on this brief. This is the first request for an extension of this deadline, which is included within the compressed briefing schedule agreed upon by the parties. *See* ECF No. 21 (ECF No. 25, so ordered by the court). Plaintiffs consent to the requested extension, and the parties have agreed on a revised schedule for the completion of summary judgment briefing:

- [Defendants will file their opposition to Plaintiffs' motion for summary judgment, ECF No. 7, and their cross-motion for summary judgment on **December 18, 2019**.

- Plaintiffs will file their reply and opposition to Defendants' cross-motion for summary judgment between **January 8 and January 10, 2020.**

- Defendants will file their reply brief in support of their cross-motion for summary judgment, **two-weeks after Plaintiffs' reply their reply/opposition: between January 22 and 24, 2020.**]

**GRANTED. /s DAB 12/12/19**

    We apologize for not having submitted this re[quest] as proscribed by your Honor's individual rules, how[ever this did not] become apparent until today at which point undersigne[d] counsel.

SO ORDERED.

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

12/12/19