UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020

STATE OF NEW YORK, BASIL SEGGOS, as Commissioner of the New York State Department of Environmental Conservation, and the NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION,

Plaintiffs,

-against-

WILBUR ROSS, in his official capacity as Secretary of the United States Department of Commerce, the UNITED STATES DEPARTMENT OF COMMERCE, the NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and the NATIONAL MARINE FISHERIES SERVICE, a/k/a NOAA Fisheries,

Defendants.

1:19-cv-09380-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court recently issued orders directing the parties to file letters addressing the impact proposed Amendment 21 to the Summer Flounder Fishery Management Plan has on this case [ECF Nos. 39, 41]. The parties timely submitted their letters on October 6, 2020 [ECF Nos. 42–43]. Defendants request that the Court defer any decision or further briefing in this action until after receiving an update from the parties on or before November 6, 2020. Plaintiffs do not oppose this request. Accordingly, IT IS HEREBY ORDERED that on or before November 6, 2020, the parties shall file a joint letter not to exceed six pages in length (1) informing the court whether Amendment 21 was approved or disapproved and (2) indicating how the parties intend to proceed in this matter in light of any action taken with respect to Amendment 21.

**SO ORDERED.**

Date: October 8, 2020
      New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge